# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**TREZON J. GRIFFIN**                                             **PETITIONER**
**ADC #184079**

v.                                          **No. 4:26-cv-254-DPM-PSH**

**DEXTER PAYNE**                                                 **RESPONDENT**

## ORDER

The Court withdraws the reference.  Certificate of appealability denied.  28 U.S.C. § 2253;  *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_15 June 2026_____